IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DERRICK BELMAR and
MARY SUTTON

    Plaintiffs

V.                            CASE NO.

ALLEN J. JONES and
CASS TRUCKING, INC.

    Defendants

## NOTICE OF REMOVAL

Defendants, Allen J. Jones ("Jones") and Cass Trucking, Inc. ("Cass Trucking"), by counsel, pursuant to 28 U.S.C. §1332, 28 U.S.C. §1441 and 28 U.S.C. §1446 file their Notice of Removal of the case to the United States District Court for the Southern District of Indiana, Indianapolis Division from the Marion Superior Court. The grounds for removal are as follows:

### VENUE

1. Removal to the Southern District of Indiana, Indianapolis Division, is appropriate pursuant to 28 U.S.C. §1441(a), because the Southern District of Indiana, Indianapolis Division, embraces Marion County, where the civil action was pending prior to the filing of this Notice of Removal.

### REMOVAL IS TIMELY

2. On or about March 3, 2022, removing party Jones was served by certified mail with a Summons and Complaint in the above-entitled action. On or about March 14, 2022, removing party Cass Trucking was served by certified mail with a Summons and Complaint in the above-entitled action. The above-entitled action was commenced against the Defendants in Marion

Superior Court, State of Indiana, Cause No: 49D07-2202-CT-005507 and is now pending therein. Removal is timely under 28 U.S.C. § 1446(b)(1).

## STATE COURT PROCEEDINGS

3. Plaintiff, Derrick Belmar and Mary Sutton, commenced this action against the Defendants on February 21, 2022, in Marion Superior Court, of the State of Indiana by filing an Appearance, Complaint and having Summons issued thereon.

4. On March 17, 2022, Scott L. Tyler filed his Appearances on behalf of the Defendants. Counsel also filed a Request for Enlargement of Time to answer Plaintiffs' Complaint. The Marion Superior Court approved the Request for Enlargement of Time on March 21, 2022.

5. Defendants assert that there are no state court motions pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

6. This civil action falls within the Court's jurisdiction under 28 U.S.C. §1332 and may be removed to this Court based on diversity of citizenship under 28 U.S.C. § 1441 and § 1446.

7. Plaintiffs, Derrick Belmar and Mary Sutton are citizens of the State of Indiana.

8. Defendant Jones is a citizen of the State of Louisiana.

9. Defendant Cass Trucking is an Illinois corporation with its principal place of business in Romeoville, Illinois.

10. There is complete diversity of citizenship between the parties named in this cause.

11. Plaintiffs' Complaint does not demand a specific sum of monetary damages. The Plaintiffs are, however, asserting claims for permanent personal injuries resulting from a motor vehicles collision. (Plaintiffs' Complaint, Paragraph 8). Additionally, Plaintiffs' counsel

confirmed to the Defendant in an email communication that Plaintiffs are seeking damages exceeding the amount in controversy jurisdiction requirement.

12. The state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) the cause is a civil action pending within the jurisdiction of the U.S. District Court for the Southern District of Indiana, Indianapolis Division; (2) this cause is between citizens of different states; and (3) the amount in controversy exceeds $75,000, exclusive of interests and costs.

## STATUTORY REQUIREMENTS

13. Pursuant to 28 U.S.C. § 1446(a), a copy of the entire state court file is attached and includes the complete State Court Record as of the date of this Notice of Removal.

14. A copy of the operative Complaint is also attached hereto as a separate exhibit to this Notice of Removal.

15. A copy of this Notice of Removal has been filed in Marion Superior Court, and all parties have been served with both this Notice of Removal and Notice of Filing of Notice of Removal.

WHEREFORE, Defendants, Allen J. Jones and Cass Trucking, Inc., by counsel, respectfully request that the above-entitled action be removed from Marion Superior Court to the U.S. District Court for the Southern District of Indiana, Indianapolis, Division.

                Respectfully submitted,

                WATERS, TYLER,
                HOFMANN & SCOTT, LLC

                /s/ Scott L. Tyler
                Scott L. Tyler, Atty. #16218-10
                *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 29th day of March, 2022 a copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Ryan D. Etter
    KEN NUNN LAW OFFICE
    104 South Franklin Road
    Bloomington, IN  47404
    *Counsel for Plaintiff*

            /s/ Scott L. Tyler
            Scott L. Tyler, Atty. #16218-10

WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 E. Spring Street
New Albany, IN  47150
T. (812) 949-1114
F. (812) 949-2189