This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Derrick Belmar, Mary Sutton v. Allen J Jones, Cass Trucking, Inc.

| | |
|---|---|
| Case Number | 49D07-2202-CT-005506 |
| Court | Marion Superior Court 7 |
| Type | CT - Civil Tort |
| Filed | 02/21/2022 |
| Status | 02/21/2022 , Pending  (active) |

## Parties to the Case

**Defendant  Jones, Allen J**

| | |
|---|---|
| Address | 6041 Mounes St. Apt. N229 New Orleans, IN 70123 |
| Attorney | Scott Lee Tyler *#1621810, Retained* |
| | 1947 E Spring St New Albany, IN 47150 812-949-1114(W) |

**Defendant  Cass Trucking, Inc.**

| | |
|---|---|
| Address | c/o Evilsizor Process Servers, LLC 102 Grandby St., Suite 103 Indianapolis, IN 46229 |
| Attorney | Scott Lee Tyler *#1621810, Retained* |
| | 1947 E Spring St New Albany, IN 47150 812-949-1114(W) |

**Plaintiff    Belmar, Derrick**

| | |
|---|---|
| Attorney | Ryan Etter *#2783249, Retained* |
| | KEN NUNN LAW OFFICE 104 Franklin Road Bloomington, IN 47404 812-332-9451(W) |

**Plaintiff    Sutton, Mary**

| | |
|---|---|
| Attorney | Ryan Etter *#2783249, Retained* |
| | KEN NUNN LAW OFFICE 104 Franklin Road Bloomington, IN 47404 812-332-9451(W) |

## Chronological Case Summary

| 02/21/2022 | **Case Opened as a New Filing** |
|---|---|

**02/22/2022** **Complaint/Equivalent Pleading Filed**
Complaint for Damages

| Filed By: | Belmar, Derrick |
| Filed By: | Sutton, Mary |
| File Stamp: | 02/21/2022 |

**02/22/2022** **Appearance Filed**
Appearance

| For Party: | Belmar, Derrick |
| For Party: | Sutton, Mary |
| File Stamp: | 02/21/2022 |

**02/22/2022** **Subpoena/Summons Filed**
Summons to Allen Jones

| Filed By: | Belmar, Derrick |
| Filed By: | Sutton, Mary |
| File Stamp: | 02/21/2022 |

**02/22/2022** **Subpoena/Summons Filed**
Summons to Cass Trucking

| Filed By: | Belmar, Derrick |
| Filed By: | Sutton, Mary |
| File Stamp: | 02/21/2022 |

**03/10/2022** **Service Returned Served (E-Filing)**
Return of Service on Allen Jones via Agent

| Filed By: | Belmar, Derrick |
| File Stamp: | 03/10/2022 |

**03/17/2022** **Appearance Filed**
Appearance on Behalf of Defendant

| For Party: | Jones, Allen J |
| For Party: | Cass Trucking, Inc. |
| File Stamp: | 03/17/2022 |

**03/17/2022** **Motion for Enlargement of Time Filed**
Enlargement Request

| Filed By: | Jones, Allen J |
| Filed By: | Cass Trucking, Inc. |
| File Stamp: | 03/17/2022 |

**03/17/2022** **Service Returned Served (E-Filing)**
Return of Service on Cass Trucking

| Filed By: | Belmar, Derrick |
| Filed By: | Sutton, Mary |
| File Stamp: | 03/17/2022 |

| 03/21/2022 | **Order Granting Motion for Enlargement of Time** |
| | ON OR BEFORE APRIL 27, 2022 |

| Judicial Officer: | Rothenberg, Marc T |
| Movant: | Belmar, Derrick |
| Movant: | Jones, Allen J |
| Movant: | Cass Trucking, Inc. |
| Movant: | Sutton, Mary |
| Movant: | Etter, Ryan |
| Movant: | Tyler, Scott Lee |
| Order Signed: | 03/19/2022 |

| 03/22/2022 | **Automated ENotice Issued to Parties** |
| | Order Granting Motion for Enlargement of Time ---- 3/21/2022 : Ryan Etter;Scott Lee Tyler |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Belmar, Derrick**

Plaintiff

Balance Due (as of 03/23/2022)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 02/22/2022 | Transaction Assessment | 157.00 |
| 02/22/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA     )           IN THE MARION         COURT

                      ) SS:

COUNTY OF MARION     )           CAUSE NO.

DERRICK BELMAR
and MARY SUTTON

      VS.

ALLEN J. JONES
and CASS TRUCKING, INC.

## COMPLAINT FOR DAMAGES

       Come now the Plaintiffs, Derrick Belmar and Mary Sutton, by counsel, Ryan D. Etter of the Ken Nunn Law Office, and for their cause of action against the Defendants, Allen J. Jones and Cass Trucking, Inc. (hereinafter referred to as "Cass Trucking"), allege and state as follows:

## STATEMENT AND JURISDICTION

       1.       This is a clear liability collision in which Defendants' 2021 Frieghtliner tractor and attached trailer, was negligently driven by Allen J. Jones causing a collision with the vehicle driven by Plaintiff, Derrick Belmar and Mary Sutton as a passenger. As a result of the collision, Plaintiffs have incurred medical expenses, lost wages, property damage and other special expenses in an amount to be proven at trial of this cause.

       2.       Jurisdiction and venue are appropriate in Marion County, Indiana, as said collision occurred within the boundaries of Marion County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF TRUCK DRIVER

       3.       Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

       4.       On or about September 19, 2021 Defendant Allen J. Jones negligently drove a tractor-trailer striking the vehicle driven by Plaintiff, Derrick Belmar and Mary Sutton as a passenger.

5.     Defendant Allen J. Jones had a duty to operate his tractor trailer in a safe and reasonable manner.

6.     Defendant Allen J. Jones failed in the above mentioned duties and is therefore negligent.

7.     Defendant Allen J. Jones's negligence was the direct and proximate cause of Plaintiffs injuries.

8.     Plaintiffs Derrick Belmar and Mary Sutton injuries and damages are permanent.

9.     As a direct and proximate result of Allen J. Jones's negligence, Derrick Belmar and Mary Sutton have suffered lost wages.

10.     Plaintiffs, Derrick Belmar and Mary Sutton, have incurred medical bills for the treatment of their injuries directly resulting from this collision.

11.     As a direct and proximate result of Allen J. Jones's negligence, Derrick Belmar and Mary Sutton have experienced physical and mental pain and suffering, lost wages and property damage and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF TRUCK DRIVER

12.     Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13.     Allen J. Jones violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14.     Defendant Allen J. Jones's statutory violations directly and proximately caused Plaintiffs' damages and injuries.

15.     Defendant Allen J. Jones is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

RESPONDEAT SUPERIOR OF TRUCK COMPANY

16.     Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 17 above as if fully restated verbatim.

17.     Defendant Allen J. Jones was the employee, agent, servant, or independent contractor for Cass Trucking.  Accordingly, Cass Trucking is vicariously liable for the acts of Defendant Allen J. Jones for the causes of action above.

WHEREFORE, the Plaintiffs, Derrick Belmar and Mary Sutton, by counsel Ryan D. Etter of the Ken Nunn Law Office, demand judgment against the Defendants, Allen J. Jones and Cass Trucking for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE


BY:     *s/ Ryan D. Etter*
        Ryan D. Etter, #27832-49
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: ryane@kennunn.com

## <u>REQUEST FOR TRIAL BY JURY</u>

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY:   *s/ Ryan D. Etter*
      Ryan D. Etter, #27832-49
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN  47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: ryane@kennunn.com

Ryan D. Etter, #27832-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Derrick T. Belmar<br>4712 San Fernando Drive, Apt C<br>Indianapolis, IN  46268 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Ryan Etter #27832-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:        812 332-9451<br>FAX:            812 331-5321<br>Email:  ryane@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:        Mary A. Sutton<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

 s/Ryan Etter
Attorney-at-Law
(Attorney information shown above.)

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Derrick Belmar and Mary Sutton

Plaintiff(s)

VS.                                              No. _____

Allen J. Jones and Cass Trucking Inc.

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Allen J. Jones, 6041 Mounes St., Apt. N229, New Orleans, LA 70123**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: _2/22/2022_____

_Myla A. Eldridge_
CLERK, MARION CIRCUIT/SUPERIOR COURTS

RYAN D. ETTER, #27832-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404

MARION COUNTY COURTS
SEAL
INDIANA

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2022.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐       By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐       By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐       By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: _/s/Ryan D. Etter_
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

     Dated this __ day of _____, 2022.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2022, and that a copy of the return of receipt was received by me on the _____ day of _____, 2022, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____ __, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

     Dated this __ day of _____, 2022.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2022, and I served the same on the __ day of _____, 2022.

1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____th e dwelling house or usual place of abode of defendant:_____(Nam e of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2022 to _____h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

     And I now return this writ this __ day of _____, 2022.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2022 for each of the within named defendant(s)_____ _____, a c opy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____a p erson of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____an d by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).

     All done in MARION County, Indiana.

Fees:  $_____

_____
SHERIFF or DEPUTY

Case 1:22-cv-00624-RLY-MPB   Document 2-2   Filed 03/29/22   Page 11 of 24 PageID #: 17

49D07-2202-CT-005506
Marion Superior Court 7

Filed: 2/21/2022 11:14 AM
Clerk
Marion County, Indiana

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA  46204
TELEPHONE 317 327-4740

Derrick Belmar and Mary Sutton

          Plaintiff(s)

      VS.                                  No. _____

Allen J. Jones and Cass Trucking, Inc.

          Defendant(s)

**SUMMONS**

The State of Indiana to Defendant: **Cass Trucking, Inc., Evilsizor Process Servers, LLC., Express Legal Services, Inc., 102 Granby St., Suite 103, Indianapolis, IN 46229**

      You have been sued by the person(s) named "plaintiff" in the court stated above.

      The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

      You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: _____2/22/2022_____

                               *Myla A. Eldridge*

                     CLERK, MARION CIRCUIT/SUPERIOR COURTS

RYAN D. ETTER, #27832-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404

*(SEAL — MARION COUNTY COURTS — SEAL — INDIANA)*

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

      A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2022.

                                    _____

                                    SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

☒      By certified or registered mail with return receipt to above address.

☐      By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐      By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐      By serving his agent as provided by rule, statute or valid agreement, to-wit:

                    KEN NUNN LAW OFFICE

                    BY: */s/Ryan D. Etter*_____
                    ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the ___ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

       Dated this ___ day of _____, 2022.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the ___ day of _____, 2022, and that a copy of the return of receipt was received by me on the _____ day of _____, 2022, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the ___ day of _____ __, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this ___ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

       Dated this ___ day of _____, 2022.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the ___ day of _____, 2022, and I served the same on the ___ day of _____, 2022.

1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the ___ day of _____, 2022 to _____his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

    And I now return this writ this ___ day of _____, 2022.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1. By delivery on the ___ day of _____, 2022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the ___ day of _____, 2022 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____and by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).

   All done in MARION County, Indiana.

Fees:  $_____

_____
SHERIFF or DEPUTY



Filed: 3/10/2022 1:42 PM
Clerk
Marion County, Indiana

Mailer: Ken Nunn Law Office

Date Produced: 03/07/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8367 1948 40. Our records indicate that this item was delivered on 03/03/2022 at 01:11 p.m. in NEW ORLEANS, LA 70123. The scanned image of the recipient information is provided below.

Signature of Recipient :
(Authorized Agent)

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

    ALLEN J JONES
    APT N229
    6041 MOUNES ST
    NEW ORLEANS LA 70123-6000

Customer Reference Number:        C3248179.18909731

Return Reference Number            Derrick Belmar

USPS MAIL PIECE TRACKING NUMBER:  42070123921489019403836719484

MAILING DATE:      02/23/2022
DELIVERED DATE:    03/07/2022
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

    ALLEN J JONES
    APT N229
    6041 MOUNES ST
    NEW ORLEANS LA 70123-6000


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 02/23/2022 12:31 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 02/23/2022 16:27 | PICKED UP | BLOOMINGTON,IN 47403 |
| 02/23/2022 17:11 | DEPART POST OFFICE | BLOOMINGTON,IN 47403 |
| 02/23/2022 22:37 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 02/24/2022 02:49 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 02/26/2022 14:39 | PROCESSED THROUGH USPS FACILITY | NEW ORLEANS LA DISTRIBUTION CEN 70113 |
| 03/02/2022 05:45 | ARRIVAL AT UNIT | NEW ORLEANS,LA 70123 |
| 03/02/2022 06:10 | OUT FOR DELIVERY | NEW ORLEANS,LA 70123 |
| 03/03/2022 00:10 | AWAITING DELIVERY SCAN | NEW ORLEANS,LA 70123 |
| 03/03/2022 13:11 | DELIVERED TO AGENT FOR FINAL DELIVERY | NEW ORLEANS,LA 70123 |
| 03/07/2022 17:12 | Delivered (system added) | |

IN THE SUPERIOR COURT FOR MARION COUNTY
STATE OF INDIANA

DERRICK BELMAR and
MARY SUTTON

      Plaintiffs

V.                                                    CASE NO. 49D07-2202-CT-005506

ALLEN J. JONES and
CASS TRUCKING, INC.

      Defendants

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.  The party on whose behalf this form is being filed is:
    Initiating _____          Responding  __X__  Intervening _____ ; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of party: Allen J. Jones and Cass Trucking, Inc.

    Address of party  *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

    _____

    _____

    Telephone # of party _____

*(List on a continuation page additional parties this attorney represents in this case.)*

2.  Attorney information for service as required by Trial Rule 5(B)(2)

    | | | | |
    |---|---|---|---|
    | Name: | Scott L. Tyler | Atty Number: | 16218-10 |
    | Address: | Waters, Tyler, Hofmann & Scott, LLC | | |
    | | 1947 E. Spring Street, New Albany, IN  47150 | | |
    | Phone: | (812) 949-1114 | | |
    | FAX: | (812) 949-2189 | | |
    | Email Address: | styler@wthslaw.com | | |

**IMPORTANT**:  Each attorney specified on this appearance:

(a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a _____ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No X_____ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No X_____ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____    Attorney's address

_____    The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

_____    Another address (provide)

_____

This case involves a petition for involuntary commitment.  Yes _____ No X_____

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

    b.  State of Residence of person subject to petition: _____

    c.  At least one of the following pieces of identifying information:

        (i)  Date of Birth _____

(ii)  Driver's License Number _____

     State where issued _____ Expiration date _____

(iii) State ID number _____

     State where issued _____ Expiration date _____

(iv) FBI number _____

(v)  Indiana Department of Corrections Number _____

(vi) Social Security Number is available and is being provided in an attached
     confidential document Yes _____ No _____

7.  There are related cases: Yes _____ No _____ *(If yes, list on continuation page.)*

8.  Additional information required by local rule: _____

9.  There are other party members: Yes _____ No_____ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes __X__ No___

                WATERS, TYLER,
                HOFMANN & SCOTT, LLC

                By: /s/ Scott L. Tyler _____
                Scott L. Tyler, Atty. #16218-10

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of March, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I also certify that on the 17th day of March, 2022, the foregoing document was served upon the following person(s) via IEFS.

Ryan D. Etter
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
*Counsel for Plaintiff*

/s/ Scott L. Tyler
Scott L. Tyler

WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 E. Spring Street
New Albany, IN  47150
T. (812) 949-1114
F. (812) 949-2189

Filed: 3/25/2022 1:37 PM
Clerk
Marion County, Indiana

IN THE SUPERIOR COURT FOR MARION COUNTY
STATE OF INDIANA

DERRICK BELMAR and
MARY SUTTON

      Plaintiffs

V.                                                            CASE NO. 49D07-2202-CT-005506

ALLEN J. JONES and
CASS TRUCKING, INC.

      Defendants

## **REQUEST FOR ENLARGEMENT OF TIME**

      Come now the Defendants, Allen J. Jones and Cass Trucking, Inc., by counsel, and move

this Court for a thirty (30) day enlargement of time within which to file a responsive pleading to

Plaintiffs' Complaint.

                        WATERS, TYLER,
                        HOFMANN & SCOTT, LLC


                By: /s/ Scott L. Tyler
                      Scott L. Tyler, Atty. #16218-10

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 17th day of March, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I also certify that on the 17th day of March, 2022, the foregoing document was served upon the following person(s) via IEFS.

Ryan D. Etter
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
*Counsel for Plaintiff*

/s/ Scott L. Tyler
Scott L. Tyler

WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 E. Spring Street
New Albany, IN  47150
T. (812) 949-1114
F. (812) 949-2189

**UNITED STATES**
**POSTAL SERVICE**™

Mailer: Ken Nunn Law Office

Date Produced: 03/14/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8367 1948 64. Our records indicate that this item was delivered on 03/08/2022 at 10:37 a.m. in INDIANAPOLIS, IN 46229. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CASS TRUCKING INC
EVILSIZOR PROCESS SERVERS LLC
EXPRESS LEGAL SERVICES INC
STE 103
102 GRANBY DR
INDIANAPOLIS IN 46229-3273

Customer Reference Number:        C3248179.18909732
Return Reference Number            Derrick Belmar

USPS MAIL PIECE TRACKING NUMBER:  420462299214890194038367194864

MAILING DATE:      02/23/2022

DELIVERED DATE:   03/08/2022

CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

CASS TRUCKING INC
EVILSIZOR PROCESS SERVERS LLC
EXPRESS LEGAL SERVICES INC
STE 103
102 GRANBY DR
INDIANAPOLIS IN 46229-3273


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 02/23/2022 12:31 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 02/23/2022 16:27 | PICKED UP | BLOOMINGTON,IN 47403 |
| 02/23/2022 17:11 | DEPART POST OFFICE | BLOOMINGTON,IN 47403 |
| 02/24/2022 02:49 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 02/26/2022 16:20 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 02/27/2022 22:53 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 03/02/2022 02:47 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 03/05/2022 21:21 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 03/06/2022 07:01 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 03/07/2022 14:00 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 03/08/2022 05:04 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 03/08/2022 10:37 | DELIVERED LEFT WITH INDIVIDUAL | INDIANAPOLIS,IN 46229 |

F I L E D
March 21, 2022
CLERK OF THE COURT
MARION COUNTY
MF

IN THE SUPERIOR COURT FOR MARION COUNTY
STATE OF INDIANA

DERRICK BELMAR and
MARY SUTTON

      Plaintiffs

V.                           CASE NO. 49D07-2202-CT-005506

ALLEN J. JONES and
CASS TRUCKING, INC.

      Defendants

## ORDER GRANTING ENLARGEMENT OF TIME

      Defendants, Allen J. Jones and Cass Trucking, Inc., by counsel, having filed their request

for a thirty (30) day enlargement of time within which to respond to Plaintiffs' Complaint, and

the Court being duly advised, now GRANTS said request, and it is hereby

      ORDERED, ADJUDGED and DECREED that a responsive pleading be filed on or

before the 27th day of April, 2022.

      SO ORDERED this _____ day of _____3/19/2022_____, 2022.


_____
JUDGE, MARION SUPERIOR COURT


TENDERED BY:

Scott L. Tyler
WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 E. Spring Street
New Albany, IN 47150-1658
(812)949-1114

DISTRIBUTION:

Ryan D. Etter
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404

Scott L. Tyler
(address above)